■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNESTO MATTACE, Appellant.—Two judgments of the Supreme Court, Kings County (Schwartzwald, J.) both rendered September 20, 1983, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816; *North Carolina v Alford,* 400 US 25). Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.